# UNITED STATES COURT OF APPEALS FOR VETERANS CLAIMS

No. 97-303

MARILYN HOBIN, APPELLANT,

V.

ANTHONY J. PRINCIPI,
SECRETARY OF VETERANS AFFAIRS, APPELLEE.

Before HOLDAWAY, IVERS, and GREENE, *Judges*.

## O R D E R

On May 14, 2001, the parties in this case filed a joint motion to dismiss the appellant's application for attorney fees pursuant to the Equal Access to Justice Act (EAJA). The parties have entered into a stipulated agreement whereby the appellant releases the Secretary from liability for any further claims for attorney fees and expenses in this case.

Upon consideration of the foregoing, it is

ORDERED that the joint motion to dismiss the appellant's EAJA application is granted.


DATED:    July 10, 2001                                        PER CURIAM.